CNB Bank v New Creation Fellowship of Buffalo (2025 NY Slip Op 00562)

CNB Bank v New Creation Fellowship of Buffalo

2025 NY Slip Op 00562

Decided on January 31, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on January 31, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., LINDLEY, BANNISTER, NOWAK, AND HANNAH, JJ.

845 CA 21-01641

[*1]CNB BANK, PLAINTIFF-RESPONDENT,
v
NEW CREATION FELLOWSHIP OF BUFFALO, A RELIGIOUS CORPORATION, DEFENDANT-APPELLANT, AND STEPHEN GRANT, DEFENDANT. (APPEAL NO. 1.) 

BOCHNER PLLC, NEW YORK CITY (ISAAC M. DISKIND OF COUNSEL), FOR DEFENDANT-APPELLANT.
GOLDBERG SEGALLA LLP, BUFFALO (MARC W. BROWN OF COUNSEL), AND BLOCK, LONGO, LAMARCA & BRZEZINSKI, P.C., WILLIAMSVILLE, FOR PLAINTIFF-RESPONDENT. 

 Appeal from an order of the Supreme Court, Erie County (Dennis E. Ward, J.), entered June 21, 2021. The order granted in part the motion of plaintiff seeking, inter alia, summary judgment. 
It is hereby ORDERED that said appeal is unanimously dismissed without costs.
Same memorandum as in CNB Bank v New Creation Fellowship of Buffalo ([appeal No. 2] — AD3d — [Jan. 31, 2025] [4th Dept 2025]).
Entered: January 31, 2025
Ann Dillon Flynn
Clerk of the Court